UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA GROSSMAN, individually and on behalf of injured California Shareholders, Distributors and Customers of Natural Health Trends Corp.,

    Plaintiffs,

  v.

NATURAL HEALTH TRENDS CORP., CHRIS SHARNG, GARY WALLACE, SCOTT DAVIDSON, RANDALL MASON and DOES 1-50, inclusive,

    Defendants.
_____/

Civ. S-08-1987 LKK/DAD

O R D E R

    Pending before the court is defendants' motions to dismiss currently set to be heard on October 6, 2008. Due to court congestion, the court CONTINUES the hearing to October 20, 2008 at 10:00 AM. The deadline to file oppositions or statements of non-opposition remains September 22, 2008 and the deadline to file replies, if any, remains September 29, 2008.

    IT IS SO ORDERED.

    DATED: September 15, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1