UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA GROSSMAN, individually
and on behalf of injured
California Shareholders,
Distributors and Customers                Civ. S-08-1987 LKK/DAD
of Natural Health Trends Corp.,

    Plaintiffs,

  v.                                            O R D E R

NATURAL HEALTH TRENDS CORP.,
CHRIS SHARNG, GARY WALLACE,
SCOTT DAVIDSON, RANDALL
MASON and DOES 1-50, inclusive,

    Defendants.
_____/

    Pending before the court is plaintiff's ex parte application to continue the hearing on defendant's motion to dismiss, which is currently set for hearing on October 20, 2008. Pursuant to the court's September 17, 2008 order, the plaintiff's opposition to the motion was ordered to be filed and served not later than September 22, 2008 and the reply was ordered to be filed and served by September 29, 2008. In the interest of judicial efficiency and in order to resolve the defendant's motion concurrently with

1

plaintiff's motion to remand, plaintiff's application is DENIED.

Plaintiff's opposition or statement of non-opposition to the motion to dismiss SHALL be filed and served not later than October 6, 2008 at 5:00 PM. Defendants' amended reply, if any, shall be filed and served not later than October 14, 2008. Plaintiff's further failure to abide by the schedule for filing papers as established by the local rules and the court's orders will be grounds for future sanctions.

IT IS SO ORDERED.

DATED: September 30, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2